## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ELIZABETH A. KOENIG | Case No. 14-24707JAD |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | |
| vs. | Document No __ |
| BANK OF NEW YORK MELLON | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 4280.

Regular mortgage payments are currently being directed to the following creditor at the following address:

BANK OF NEW YORK MELLON
C/O JPMORGAN CHASE BANK NA
3415 VISION DR OH4-7133
COLUMBUS,OH 43219

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING
ATTN: GENERAL CORRESPONDENCE
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250
4280

The Chapter 13 Trustee's CID Records of BANK OF NEW YORK MELLON have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 3/8/2017.

cc:    Debtor
       Original creditor
       Putative creditor
       Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ELIZABETH A. KOENIG, 134 MARWOOD DRIVE, PITTSBURGH, PA 15241

DEBTOR'S COUNSEL:
MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
BANK OF NEW YORK MELLON, C/O JPMORGAN CHASE BANK NA, 3415 VISION DR OH4-7133, COLUMBUS, OH  43219

NEW CREDITOR:
SELECT PORTFOLIO SERVICING
ATTN: GENERAL CORRESPONDENCE
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250