Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Elizabeth A. Koenig**
  Debtor(s)

Bankruptcy Case No.: 14–24707–JAD

Chapter: 13
Docket No.: 59 – 58
Concil. Conf.: November 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 1, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 15, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 15, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24707-JAD
Elizabeth A. Koenig                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jfur            Page 1 of 2            Date Rcvd: Aug 15, 2018
                            Form ID: 410          Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             +Elizabeth A. Koenig,    134 Marwood Drive,    Pittsburgh, PA 15241-2324
13962145       +Bank of New York Mellon ...,    3415 Vision Drive,    Columbus, OH 43219-6009
13962144        Bank of New York Mellon ...,    c/o ECMC (Mortgage Servicer),    PO Box 961294,
                 Westlake, TX 76161-0294
13962147       +Capital One, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13962148       +KML Law Group LLC,    Mellon Independence Center,    701 Market Street-Suite 5000,
                 Philadelphia, PA 19106-1541
14421474       +The Bank of New York Mellon, as Trustee,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13962150       +The Bank of New York Mellon, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7133,    Columbus, OH 43219-6009
14072205       +The Bank of New York Mellon, et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,    Columbus, OH 43219-6009
13987150       +Township of Upper St. Clair,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13962151       +Township of Upper St. Clair,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13962146       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2018 02:27:53      Capital One, N.A.,
                 P.O. Box 5253,    Carol Stream, IL 60197-5253
14016019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 02:28:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13962149       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 02:27:58
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank NA
cr             The Bank of New York Mellon Et Al...
cr             The Bank of New York Mellon, as Trustee for the AB
cr*           +Township of Upper St. Clair,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                          TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon Et Al...
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, as Trustee for the ABFS
               Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon Et Al...
               bkgroup@kmllawgroup.com
              Michael C. Mazack    on behalf of Creditor   Township of Upper St. Clair mmazack@tuckerlaw.com,
               agilbert@tuckerlaw.com
```

```
District/off: 0315-2          User: jfur              Page 2 of 2            Date Rcvd: Aug 15, 2018
                              Form ID: 410            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael S. Geisler    on behalf of Debtor Elizabeth A. Koenig m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7