Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Elizabeth A. Koenig** | : | Case No. 14−24707−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 58 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 25th of October, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-24707-JAD
Elizabeth A. Koenig                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel                Page 1 of 2                 Date Rcvd: Oct 25, 2018
                             Form ID: 309              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db          +Elizabeth A. Koenig,    134 Marwood Drive,    Pittsburgh, PA 15241-2324
13962145    +Bank of New York Mellon ...,    3415 Vision Drive,    Columbus, OH 43219-6009
13962144     Bank of New York Mellon ...,    c/o ECMC (Mortgage Servicer),    PO Box 961294,
              Westlake, TX 76161-0294
13962147    +Capital One, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13962148    +KML Law Group LLC,    Mellon Independence Center,    701 Market Street-Suite 5000,
              Philadelphia, PA 19106-1541
14421474    +The Bank of New York Mellon, as Trustee,    Serviced by Select Portfolio Servicing,,
              3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13962150    +The Bank of New York Mellon, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
              OH4-7133,   Columbus, OH 43219-6009
14072205    +The Bank of New York Mellon, et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
              OH4-7142,   Columbus, OH 43219-6009
13987150    +Township of Upper St. Clair,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
13962151    +Township of Upper St. Clair,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13962146    +EDI: CAPITALONE.COM Oct 26 2018 06:03:00      Capital One, N.A.,    P.O. Box 5253,
              Carol Stream, IL 60197-5253
14016019     EDI: PRA.COM Oct 26 2018 06:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
13962149    +EDI: PRA.COM Oct 26 2018 06:03:00      PRA Receivables Management, LLC,    POB 41067,
              Norfolk, VA 23541-1067
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JPMorgan Chase Bank NA
cr           The Bank of New York Mellon Et Al...
cr           The Bank of New York Mellon, as Trustee for the AB
cr*         +Township of Upper St. Clair,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr          ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Et Al...
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the ABFS
               Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Et Al...
               bkgroup@kmllawgroup.com
              Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com,
               agilbert@tuckerlaw.com

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Oct 25, 2018
                              Form ID: 309            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Michael S. Geisler    on behalf of Debtor Elizabeth A. Koenig m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 7

Case 14-24707-JAD    Doc 62    Filed 10/27/18    Entered 10/28/18 00:48:16    Desc Imaged
Certificate of Notice    Page 3 of 3