**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ELIZABETH A. KOENIG

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:14-24707 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2014 and confirmed on 02/04/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 42,492.03 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,492.03 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,200.00 | |
| Trustee Fee | 1,724.95 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,924.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 1,864.62 | 1,864.62 | 0.00 | 1,864.62 |
| Acct: 5199 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 36,287.65 | 0.00 | 36,287.65 |
| Acct: 5199 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5199 | | | | |
| UPPER ST CLAIR TWP (RE)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: D168 | | | | |
| UPPER ST CLAIR TWP (SWG) | 414.81 | 414.81 | 0.00 | 414.81 |
| Acct: D168 | | | | |
| | | | | 38,567.08 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ELIZABETH A. KOENIG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC  Acct: 0017 | 523.58 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                    38,567.08

TOTAL CLAIMED
PRIORITY         0.00
SECURED      2,279.43
UNSECURED      523.58

Date: 12/06/2018                          /s/ Ronda J. Winnecour
                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
                                          SUITE 3250 US STEEL TWR
                                          PITTSBURGH, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com