SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.    *Intake Clerk* *

2.    *Case Administrator*



FROM:    *Financial Administrator*

DATE: __8/1/2019__

CASE NAME: __Koenig__

CASE NUMBER: __14-24707-JAD__

Check Number **1125304** in the amount of $ **1,178.21** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __16006__        Intake Clerk's Initials __MMY__

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
07/31/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA  15219 | | Erie,  PA  16501 |

Re: ELIZABETH A. KOENIG

Case No: 1424707

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s).  The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

                        Elizabeth A. Koenig
                        134 Marwood Drive
                        Pittsburgh,PA 15241

CHECK NUMBER 1125304        AMOUNT $1178.21

The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                        /s/ Jackie Blough
                        Administrative Assistant
                        for Ronda J. Winnecour, Esq.
                        Chapter 13 Trustee

CC: MICHAEL S GEISLER ESQ
ELIZABETH A. KOENIG